**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **WHW Transport, Inc.** | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Cornish Wrecker Service** <br> **DBA  Good Buy Auto Auction** | |

| | | | |
|---|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **75-2933055** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | |
| **2557 S. Riverside Dr.** | **9550 Bormet Dr.** |
| **Fort Worth, TX 76104-7022** | **Ste. 301** |
| Number, Street, City, State & ZIP Code | **Mokena, IL 60448-8385** |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Tarrant** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.cornishwrecker.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **WHW Transport, Inc.**                                          Case number (if known) _____
     Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    4889

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Schedule A** | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor    **WHW Transport, Inc.**                                    Case number (if known) _____
_____
Name

**11. Why is the case filed in this district?**    Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99           ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000       ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☑ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **WHW Transport, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02 / 04 / 2017
　　　　　　　MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Michael Mahar**
Printed name

Title  **Authorized Signatory**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  2/5/2017
　　　　MM / DD / YYYY

**M. Blake Cleary**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 North King St.**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 571-6714**　　　　Email address  **mbcleary@ycst.com**

**3614 - DE**
Bar number and State

**SCHEDULE A**

**PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY AFFILIATES**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court").  A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.   Additional information about the relationship between each entity is contained in the *Declaration of Michael J. Mahar in Support of Chapter 11 Petitions and First Day Pleadings* filed contemporaneously herewith.

| Entity Name | Relationship | District | Case Number |
|---|---|---|---|
| URT Holdings, Inc. | Affiliate | Delaware | Not Yet Assigned |
| United Road Towing, Inc. | Affiliate | Delaware | Not Yet Assigned |
| City Towing, Inc. | Affiliate | Delaware | Not Yet Assigned |
| URS West, Inc. | Affiliate | Delaware | Not Yet Assigned |
| Bill & Wag's, Inc. | Affiliate | Delaware | Not Yet Assigned |
| Export Enterprises of Massachusetts, Inc. | Affiliate | Delaware | Not Yet Assigned |
| Pat's Towing, Inc. | Affiliate | Delaware | Not Yet Assigned |
| Keystone Towing, Inc. | Affiliate | Delaware | Not Yet Assigned |
| Ross Baker Towing, Inc. | Affiliate | Delaware | Not Yet Assigned |
| URT Texas, Inc. | Affiliate | Delaware | Not Yet Assigned |
| Mart Caudle Corporation | Affiliate | Delaware | Not Yet Assigned |
| Signature Towing, Inc. | Affiliate | Delaware | Not Yet Assigned |
| WHW Transport, Inc. | Affiliate | Delaware | Not Yet Assigned |
| URS Southeast, Inc. | Affiliate | Delaware | Not Yet Assigned |
| URS Northeast, Inc. | Affiliate | Delaware | Not Yet Assigned |
| URS Southwest, Inc. | Affiliate | Delaware | Not Yet Assigned |
| Fast Towing, Inc. | Affiliate | Delaware | Not Yet Assigned |
| E&R Towing and Garage, Inc. | Affiliate | Delaware | Not Yet Assigned |
| Sunrise Towing, Inc. | Affiliate | Delaware | Not Yet Assigned |
| Ken Lehman Enterprises, Inc. | Affiliate | Delaware | Not Yet Assigned |
| United Road Towing of South Florida, Inc. | Affiliate | Delaware | Not Yet Assigned |
| Rapid Recovery Incorporated | Affiliate | Delaware | Not Yet Assigned |
| United Road Towing Services, Inc. | Affiliate | Delaware | Not Yet Assigned |
| Arri Brothers, Inc. | Affiliate | Delaware | Not Yet Assigned |
| Rancho Del Oro Companies, Inc. | Affiliate | Delaware | Not Yet Assigned |
| CSCBD, Inc. | Affiliate | Delaware | Not Yet Assigned |
| UR VMS, LLC | Affiliate | Delaware | Not Yet Assigned |
| URS Leasing, Inc. | Affiliate | Delaware | Not Yet Assigned |
| UR Vehicle Management Solutions, Inc. | Affiliate | Delaware | Not Yet Assigned |

**UNITED ROAD TOWING, INC.; CITY TOWING, INC.; URS WEST, INC.; BILL & WAGS, INC.; EXPORT ENTERPRISES OF MASSACHUSETTS, INC.; PAT'S TOWING, INC.; KEYSTONE TOWING, INC.; ROSS BAKER TOWING, INC.; URT TEXAS, INC.; MART CAUDLE CORPORATION; SIGNATURE TOWING, INC.; WHW TRANSPORT, INC.; URS SOUTHEAST, INC.; URS NORTHEAST, INC.; URS SOUTHWEST, INC.; FAST TOWING, INC.; E&R TOWING AND GARAGE, INC.; SUNRISE TOWING, INC.; KEN LEHMAN ENTERPRISES, INC.; UNITED ROAD TOWING OF SOUTH FLORIDA, INC.; RAPID RECOVERY INCORPORATED; UNITED ROAD TOWING SERVICES, INC.; ARRI BROTHERS, INC.; RANCHO DEL ORO COMPANIES, INC.; CSCBD, INC.; URS LEASING, INC.; UR VEHICLE MANAGEMENT SOLUTIONS, INC.**

### UNANIMOUS WRITTEN CONSENT
### OF THE BOARD OF DIRECTORS IN LIEU OF MEETING

### February 3 ,2017

The undersigned, being all the members of the boards of directors (each a "Board") for each of the entities listed above (each a "Company"), **DO HEREBY CONSENT** to the taking of the following actions and **DO HEREBY ADOPT** the following resolutions by unanimous written consent pursuant to applicable state law and bylaws of each Company.

**WHEREAS**, the Board has reviewed the materials presented by the management and the advisors of the Company regarding the liabilities and liquidity situation of the Company (including of its subsidiaries, if applicable), the strategic alternatives available to it, and the impact of the foregoing on the Company's businesses; and

**WHEREAS**, the Board has had the opportunity to consult with the management and the advisors of the Company and fully consider each of the strategic alternatives available to the Company.

### NOW, THEREFORE, BE IT:

*Chapter 11 Filing*

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company and its subsidiaries (if applicable), its creditors and other parties in interest, that the Company, and any subsidiaries, files or causes to be filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq*., the "Bankruptcy Code");

**FURTHER RESOLVED**, that Gerard Corcoran, Michael Mahar and any other authorized officer of the Company (collectively, the "Authorized Officers"), be, and hereby is, authorized and empowered to execute and file on behalf of the Company in the United States Bankruptcy Court for the District of Delaware all petitions, schedules, lists, motions, applications, pleadings and other papers or documents necessary to commence a case on behalf of the Company under chapter 11 of the Bankruptcy Code (the "Case"), and to take any and all

further acts and deeds that he, she or the Board deems necessary, proper and desirable in connection with the Case, with a view to the successful prosecution of the Case;

***Retention of Professionals***

      **FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Winston & Strawn LLP as general bankruptcy counsel to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Case, and cause to be filed an appropriate application for authority to retain the services of Winston & Strawn LLP;

      **FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Young Conaway Stargatt & Taylor, LLP as Delaware bankruptcy and conflicts counsel to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Case, and cause to be filed an appropriate application for authority to retain the services of Young, Conaway Stargatt & Taylor, LLP;

      **FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm of Rust Consulting/Omni Bankruptcy as noticing, claims and balloting agent and as bankruptcy administrative advisor to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Case, and cause to be filed an appropriate application for authority to retain the services of Rust Consulting/Omni Bankruptcy;

      **FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ Getzler Henrich & Associates LLC as financial advisors to the Company and to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Case, and cause to be filed an appropriate application for authority to retain the services of Getzler Henrich & Associates LLC;

      **FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ SSG Advisors LLC as investment banker to the Company and to assist the Company in a sale of all or substantially all of its assets pursuant to section 363 of the Bankruptcy Code and in otherwise carrying out its duties under the Bankruptcy Code, and to

take any and all actions to advance the Company's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Case, and cause to be filed an appropriate application for authority to retain the services of SSG Advisors LLC;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Case, and cause to be filed an appropriate application for authority to retain the services of any such other professionals;

### *DIP Lending and Cash Collateral*

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed, to the extent necessary, to cause the Company to obtain and/or guarantee post-petition financing pursuant to the terms of that certain Senior Secured Superpriority Debtor-In-Possession Credit Agreement to be entered into by and among Wells Fargo Bank, National Association, as Agent, the Lenders that are parties thereto, URT Holdings, Inc., as Parent, and United Road Towing, Inc., as Borrower, substantially in the form previously provided to the Board and with such changes as the Authorized Officers determine to be reasonable, necessary and in the interest of the Company (the "DIP Credit Agreement"), and to obtain the consent of the Company's existing secured lenders to the use of cash collateral according to the terms negotiated, or to be negotiated, by the management of the Company or otherwise approved by the Bankruptcy Court; and the Company is hereby authorized and directed to take all actions necessary in connection therewith, including, without limitation, (i) the incurrence of debtor in possession financing, as set forth in the DIP Credit Agreement (the "DIP Financing"), (ii) the execution and delivery of any documents to evidence the DIP Financing, including, without limitation, entry into the DIP Credit Agreement and the Fee Letter and Guaranty and Security Agreement (each as defined in the DIP Credit Agreement), (iii) the incurrence and payment of fees, including those set forth in the DIP Credit Agreement and Fee Letter, (iv) the execution and delivery of real property and personal property (including intellectual property) security agreements (and amendments, supplements and/or other modifications thereto, as appropriate), including the Guaranty and Security Agreement, (v) the granting of liens on and/or security interests in any and all assets of the Company to secure the obligations under the DIP Credit Agreement and as adequate protection to the Company's existing secured lenders, (vi) the authorization of filing and/or recording, as applicable, of financing statements, agreements, mortgages or any other documents evidencing and/or perfecting such liens or security interests and amendments to such financing statements, agreements, mortgages or other documents, and (vii) the execution and delivery of deposit, securities and/or other account control agreements (and amendments, supplements and/or other modifications thereto, as appropriate); and the Authorized Officers are hereby authorized and directed to execute any appropriate agreements and related ancillary documents on behalf of the Company in connection with the foregoing;

*General Authorization*

**FURTHER RESOLVED**, that the Board hereby authorizes, empowers and directs each of the Authorized Officers and the officers of the Company, on behalf of Company and in their names, to execute and deliver, or cause to be executed and delivered, any and all agreements, amendments, supplements, certificates, reports, applications, notices, letters or other documents, as the Authorized Officers and the officers of the Company, with the advice of counsel, may approve, and to do or cause to be done any and all such other acts and things as, in the opinion of the Authorized Officers and the officers of the Company, may be necessary, appropriate or desirable in order to enable the Company fully and promptly to carry out the purposes and intent of the foregoing resolutions and any such action taken or any agreement, amendment, certificate, report, application, notice, filing, letter or other document executed and delivered by them or any of them in connection with any such action shall be conclusive evidence of their or his authority to take, execute and deliver the same;

**FURTHER RESOLVED**, that the Board hereby authorizes, empowers and directs each of the Authorized Officers, on behalf of the Company and in their names, and under their seals or otherwise, to take all such further actions and to do all such things, including, without limitation, paying all such fees and expenses, and arranging for, entering into, executing and delivering all further agreements, instruments, documents, certificates, modifications, amendments, and supplements relating to the foregoing resolutions or the obligations contemplated thereunder, which shall in such officer's sole judgment be necessary, proper or advisable in order to carry out fully these resolutions;

**FURTHER RESOLVED**, that all actions heretofore taken by each of the Authorized Officers or any representatives or agents of the Company or any of their affiliates in connection with the foregoing resolutions be, and are hereby ratified, confirmed and approved in all respects as the acts and deeds of the Company;

**FURTHER RESOLVED**, that the Board hereby authorizes, empowers and directs each of the Authorized Officers, on behalf of the Company and in their name, to take such actions as they deem necessary or desirable in order to make the foregoing resolutions fully effective; and

**FURTHER RESOLVED**, that all the acts of the Authorized Officers as set forth above, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed and approved.

[remainder of this page intentionally left blank]

**IN WITNESS WHEREOF**, the undersigned members of each Board have executed this written consent as of the date first written above, it being confirmed by such Boards that this written consent may be delivered to each Company by facsimile or electronic transmission, with such facsimile to be considered final and effective.

_____          _____
Gerard J. Corcoran                                      Patrick Fodale

**IN WITNESS WHEREOF**, the undersigned members of each Board have executed this written consent as of the date first written above, it being confirmed by such Boards that this written consent may be delivered to each Company by facsimile or electronic transmission, with such facsimile to be considered final and effective.

_____    _____
Gerard J. Corcoran                       Patrick Fodale

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| | **:** | |
| **In re** | **:** | Chapter 11 |
| | **:** | |
| **UNITED ROAD TOWING, INC.** *et al.*, | **:** | Case No. 17-_____ (____) |
| | **:** | |
| **Debtors.**[1] | **:** | Joint Administration Requested |
| | **:** | |

---------------------------------------------------------------

## CONSOLIDATED LIST OF CREDITORS HOLDING THE
## 30 LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors") filed petitions in this Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. 101-1532.   The following is the consolidated list of the Debtors' creditors holding the thirty (30) largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately February 2, 2017.   The Consolidated List does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the Consolidated List of 30 largest unsecured claims.   The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtors with respect to all or any portion of the claims listed below.   The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or any amount of the claim.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: United Road Towing, Inc. (6962); URT Holdings, Inc. (8341); City Towing, Inc. (2118); URS West, Inc. (3518); Bill & Wag's Towing (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289); URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E&R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises, Inc. (1970); United Road Towing of South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc. (9072); UR VMS LLC (4904); UR Vehicle Management Solutions, Inc. (0402).   The Debtors' mailing address is c/o United Road Towing, Inc., 9550 Bormet Drive., Suite 301, Mokena, Illinois 60448.

| Debtor name | United Road Towing, Inc. |
|---|---|

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**

Case No. (If known) _____

Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1  Class Action Plaintiffs<br>c/o Brooks Hubley LLP<br>1645 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 | Class Action Plaintiffs<br>c/o Brooks Hubley LLP<br>1645 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 | | Contingent, Unliquidated & Disputed | | | $5,000,000.00 |
| 2  Milestone Partners II, L.P.<br>Attn: John Shoemaker<br>555 East Lancaster Avenue, Suite 500<br>Radnor, PA 19087 | Milestone Partners II, L.P.<br>Attn: John Shoemaker<br>555 East Lancaster Avenue, Suite 500<br>Radnor, PA 19087<br>Tel: 610-526-2700<br>Fax: 610-526-2700<br>Email: jshoemaker@milestone.com | Management fees | | | | Undetermined |
| 3  Medley Capital Corporation<br>280 Park Avenue, 6th Floor East<br>New York, NY 10017 | Medley Capital Corporation<br>280 Park Avenue, 6th Floor East<br>New York, NY 10017<br>Tel: 212-759-0777 | Management fees | | | | Undetermined |
| 4  Mission Wrecker Service Sa, Inc.<br>4535 Fm 1516 N<br>Converse, TX 78109 | Mission Wrecker Service Sa, Inc.<br>4535 Fm 1516 N<br>Converse, TX 78109<br>Tel: 210-341-0333<br>Fax: 210-651-5114<br>Email: receivables@missionwrecker.com | Tow Brokers and Subcontractors SA-Dispatch | | | | $379,607.54 |

| Debtor name | **United Road Towing, Inc.** | Case No. (If known) |

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5   TX Tow Corp dba Texas Towing P.O. Box 830388 San Antonio, TX 78283-0388 | TX Tow Corp dba Texas Towing P.O. Box 830388 San Antonio, TX 78283-0388 Tel: 210-220-1000 Fax: 210-220-1837 | Tow Brokers and Subcontractors SA-Dispatch | | | | $348,092.66 |
| 6   AmeriQuest Trassportation Service P.O. Box 828997 Philadelphia, PA 19182-8997 | AmeriQuest Trassportation Service P.O. Box 828997 Philadelphia, PA 19182-8997 Tel: 800-608-0809 Fax: 856-773-0609 | Parts | | | | $175,703.58 |
| 7   M2 Development, LLC 1669 W Horizon Ridge Parkway #120 Henderson, NV 89012 | M2 Development, LLC 1669 W Horizon Ridge Parkway #120 Henderson, NV 89012 Tel: 913-642-9300 | Rent | | | | $114,026.00 |
| 8   Texas Roadside Service(s) 4335 Vance Jackson Rd # 203 San Antonio, TX 78230 | Texas Roadside Service(s) 4335 Vance Jackson Rd # 203 San Antonio, TX 78230 Tel: 210-822-2255 | Tow Brokers and Subcontractors SA-Dispatch | | | | $95,688.90 |
| 9   Secure-24 29355 Northwestern Hwy Southfield, MI 48034 | Secure-24 29355 Northwestern Hwy Southfield, MI 48034 Tel: 800-332-0076 Fax: 248-784-1024 | Outsourced It Services | | | | $88,418.94 |
| 10  Tow Exchange P.O. Box 5695 Chattanooga, TN 37406 | Tow Exchange P.O. Box 5695 Chattanooga, TN 37406 Tel: 866-800-8677 Email: info@towxchange.net | Software supplier SA-Dispatch | | | | $72,982.00 |

Debtor name  **United Road Towing, Inc.**                              Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 11 IMOTOWED Ent, d/b/a Richard's Towing 5302 Bandera Rd San Antonio, TX 78238 | IMOTOWED Ent, d/b/a Richard's Towing 5302 Bandera Rd San Antonio, TX 78238 Tel: 210-771-8366 Email: ramtowing@yahoo.com | Tow Brokers and Subcontractors SA-Dispatch | | | | $66,748.08 |
| 12 Fleet Technology & Maintenance 8500 NW 64th Street Miami, FL 33166 | Fleet Technology & Maintenance 8500 NW 64th Street Miami, FL 33166 Tel: 305-883-2999 | Parts | | | | $55,383.45 |
| 13 Michelin (AmeriQuest) P.O. Box 828997 Philadelphia, PA 19182 | Michelin (AmeriQuest) P.O. Box 828997 Philadelphia, PA 19182 Tel: 800-608-0809 Fax: 856-773-0609 | Parts | | | | $54,425.94 |
| 14 Kenworth/Peterbilt /PACCAR(AmeriQuest) P.O. Box 828997 Philadelphia, PA 19182 | Kenworth/Peterbilt /PACCAR(AmeriQuest) P.O. Box 828997 Philadelphia, PA 19182 Tel: 800-608-0809 Fax: 856-773-0609 | Parts | | | | $49,628.93 |
| 15 Concorde. Inc. 1835 Market St. Philadelphia, PA 19103 | Concorde. Inc. 1835 Market St. Philadelphia, PA 19103 Tel: 800-662-1676 Fax: 215-563-1269 | Pre-Employment Screening, Background Checks… | | | | $46,873.74 |
| 16 CAARS 1507 Palmer View San Antonio, TX 78260 | CAARS 1507 Palmer View San Antonio, TX 78260 Tel: 210-379-4891 Email: arahs@caarsinc.com | Contractor Providing All Dispatch Services | | | | $46,000.00 |

**Debtor name**  **United Road Towing, Inc.**

Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17  Romco Equipment Co., LLC P.O. Box 841496 San Antonio, TX 78284 | Romco Equipment Co., LLC P.O. Box 841496 San Antonio, TX 78284 Tel: 800-966-4601 Fax: 210-648-1282 | Lease - Volvo Loader | | | | $42,698.43 |
| 18  Southern Tire Mart, LLC P.O. Box 1000 Memphis, TN 38148-0143 | Southern Tire Mart, LLC P.O. Box 1000 Memphis, TN 38148-0143 Tel: 601-424-3200 | Tires | | | | $38,965.13 |
| 19  Jody Wade Enterprises, Llc Dba Big Daddys 3101 Armory Road Wichita Falls, TX 76302 | Jody Wade Enterprises, Llc Dba Big Daddys 3101 Armory Road Wichita Falls, TX 76302 Tel: 940-767-555 Email: accounting@wftowing.com; jody@wftowing.com | Tow Brokers and Subcontractors drt | | | | $33,000.00 |
| 20  Alamo1 10843 Gulfdale San Antonio, TX 78216 | Alamo1 10843 Gulfdale San Antonio, TX 78216 Tel: 210-404-1220 Fax: 210-820-3636 | Parts | | | | $31,862.92 |
| 21  UniFirst Corporation 68 Jonspin Road Wilmington, MA 01887 | UniFirst Corporation 68 Jonspin Road Wilmington, MA 01887 Tel: 800-347-7888 | Uniforms | | | | $29,996.25 |
| 22  Cannon Cochran Management Services, Inc 1101 West Lake Street Chicago, IL 60607 | Cannon Cochran Management Services, Inc 1101 West Lake Street Chicago, IL 60607 Tel: 800-252-5059 | 3Rd Party Insurance Claims Administrator | | | | $25,500.00 |

Debtor name   **United Road Towing, Inc.**                                          Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 23  Madison Square Properties<br>5414 Oberlin Drive<br>San Diego, CA 92121 | Madison Square Properties<br>5414 Oberlin Drive<br>San Diego, CA 92121<br>Tel: 858-597-6888 | Rent | | | | $24,500.00 |
| 24  T&T Business Systems<br>22541 S. Cottage Grove Ave<br>Steger, IL 60475 | T&T Business Systems<br>22541 S. Cottage Grove Ave<br>Steger, IL 60475<br>Tel: 708-686-2679<br>Fax: 708-8682686<br>Email: contact@tandtbusiness.com | Rental On Copiers | | | | $24,284.16 |
| 25  Reynlands Properties, Inc.<br>P.O. Box 3166<br>Del Mar, CA 92014 | Reynlands Properties, Inc.<br>P.O. Box 3166<br>Del Mar, CA 92014 | Rent | | | | $23,068.00 |
| 26  Perm A Seal, Inc<br>P.O. Box 1216<br>South Holland, IL 60473 | Perm A Seal, Inc<br>Attn: kara@permaseal.com<br>P.O. Box 1216<br>South Holland, IL 60473<br>Tel: 708-333-8838 | Asphalt Company | | | | $20,877.00 |
| 27  Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 | Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874<br>Tel: 844-256-6444 | Postage | | | | $19,514.42 |
| 28  RJ Young Company<br>MSC 7511<br>Nashville, TN 37241-7511 | RJ Young Company<br>MSC 7511<br>Nashville, TN 37241-7511<br>Tel: 615-255-8551 | Rental On Copiers | | | | $19,453.33 |

| Debtor name | **United Road Towing, Inc.** | | Case No. (If known) | | |

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29  Mortons Flying J Travel Plaza<br>1000 East Cheyenne Ave.<br>North Las Vegas, NV 89030 | Mortons Flying J Travel Plaza<br>1000 East Cheyenne Ave.<br>North Las Vegas, NV 89030<br>Tel: 702-649-2001<br>Fax: 702-649-7964<br>Email: mortons@mortonslv.com | Fuel | | | | $19,031.30 |
| 30  Compulink Management Center, Inc.<br>Laser Fiche<br>3545 Long Beach Blvd.<br>Long Beach, CA 90807 | Compulink Management Center, Inc.<br>Laser Fiche<br>3545 Long Beach Blvd.<br>Long Beach, CA 90807<br>Tel: 800-985-8533 | Laser Fiche | | | | $18,995.00 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| **In re** | : | Chapter 11 |
| | : | |
| **UNITED ROAD TOWING, INC.** *et al.*, | : | Case No. 17-_____ (____) |
| | : | |
| **Debtors.**[1] | : | Joint Administration Requested |
| | : | |

## DECLARATION UNDER PENALTY OF PERJURY REGARDING
## CONSOLIDATED LIST OF CREDITORS

Pursuant to 28 U.S.C. § 1746, I, Michael J. Mahar, declare under penalty of perjury that I have reviewed the *Consolidated List of Creditors Holding the 30 Largest Unsecured Claims* and that it is true and correct to the best of my knowledge, information and belief.

Dated: February _4_, 2017

_____
Michael J. Mahar
Authorized Officer

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: United Road Towing, Inc. (6962); URT Holdings, Inc. (8341); City Towing, Inc. (2118); URS West, Inc. (3518); Bill & Wag's Towing (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289); URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E&R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises, Inc. (1970); United Road Towing of South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc. (9072); UR VMS LLC (4904); UR Vehicle Management Solutions, Inc. (0402).  The Debtors' mailing address is c/o United Road Towing, Inc., 9550 Bormet Drive., Suite 301, Mokena, Illinois 60448.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------

|                                      |     |                                |
| :----------------------------------- | :-- | :----------------------------- |
|                                      | :   |                                |
| **In re**                            | :   | Chapter 11                     |
|                                      | :   |                                |
| **UNITED ROAD TOWING, INC.** *et al.*, | : | Case No. 17-_____ (_____)  |
|                                      | :   |                                |
| **Debtors.**[1]                      | :   | Joint Administration Requested |
|                                      | :   |                                |

-----------------------------------------------------------

## CONSOLIDATED LIST OF EQUITY HOLDERS

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: United Road Towing, Inc. (6962); URT Holdings, Inc. (8341); City Towing, Inc. (2118); URS West, Inc. (3518); Bill & Wag's Towing (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289); URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E&R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises, Inc. (1970); United Road Towing of South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc. (9072); UR VMS LLC (4904); UR Vehicle Management Solutions, Inc. (0402).  The Debtors' mailing address is c/o United Road Towing, Inc., 9550 Bormet Drive., Suite 301, Mokena, Illinois 60448.

*Debtor: URT Holdings, Inc.*

| Equity Holders | Address of Equity Holder | Percentage of Equity Held | | | | |
|---|---|---|---|---|---|---|
| | | Common Stock | | Preferred Shares | | |
| | | Class A | Class B | Series A | Series B | Series C |
| Medley Capital Corporation | 280 Park Avenue, 6th Floor East New York NY 10017 | | 94.01% | 94.01% | | 94.01% |
| Milestone Partners II, L.P. | 555 East Lancaster Avenue, Suite 500 Radnor, PA 19087 | 53.40% | 4.46% | 4.46% | 53.40% | 4.46% |
| Milestone Partners II, L.P. 2 | 555 East Lancaster Avenue, Suite 500 Radnor, PA 19087 | 17.80% | 1.49% | 1.49% | 17.80% | 1.49% |
| Ares Capital Corporation | 245 Park Avenue, 44th Floor New York, NY 10167 | | | | | |
| Beall III Family LP | Currently Unknown | 0.28% | | | 0.28% | |
| Conifer Partners I, LLC | SE Asset Advisors Inc. 314 Gordon Avenue Thomasville, GA 31792 | 5.48% | | | 5.48% | |
| Durham Capital, LLC | 6350 South 3000 East, Sixth Floor Salt Lake City, UT 84121 | 4.93% | | | 4.93% | |
| H. Fred Levine and Velva G. Levine JT | 109 North Post Oak Lane, #350 Houston, TX 77024 | 0.44% | | | 0.44% | |
| Jeffrey M. Kalan Revocable Trust | 1434 Soapstone Road, Gladwyne, PA 19035 | 0.27% | | | 0.27% | |
| RJ Terracinda Investments, LTD | 7900 Callaghan Road San Antonio, TX 78229 | 0.09% | 0.01% | 0.01% | 0.09% | 0.01% |
| Shoemaker Joint Venture, LLC | 555 East Lancaster Avenue, Suite 500 Radnor, PA 19087 | 0.55% | | | 0.55% | |
| CMP/URT Holdings, LLC | c/o The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 | 8.19% | | | 8.19% | |
| Legg Mason Mezzanine Fund, L.P. | c/o Calvert Street Capital Partners 2330 W. Joppa Road, Suite 320 Lutherville, MD 21093 | 2.05% | | | 2.05% | |
| David Beall | Currently Unknown | 0.27% | | | 0.27% | |

| Equity Holders | Address of Equity Holder | Percentage of Equity Held | | | | |
| | | Common Stock | | Preferred Shares | | |
| | | Class A | Class B | Series A | Series B | Series C |
| Jeffrey M. Warren | 11100 Santa Monica Boulevard, Suite 350 Los Angeles, CA 90025 | 0.04% | | | 0.04% | |
| Patrick J. Fodale | 150 East 77th Street, Apt. 2F New York, NY 10075 | 0.27% | | | 0.27% | |
| Richard D. Jaquith | 4515 Willowbrook Lane Wilson, WY 83014 | 0.55% | 0.03% | 0.03% | 0.55% | 0.03% |
| Roy D. Terracinda | 7900 Callaghan Road San Antonio, TX 78229 | 0.10% | | | 0.10% | |
| Thomas M. Hagerty | 100 Federal Street, 35th Floor Boston, MA 2110 | 3.70% | | | 3.70% | |
| Gerald Corcoran | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 1.07% | | | 1.07% | |
| Michael Mahar | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 0.52% | | | 0.52% | |

**All Remaining Debtors**

| Debtor | Equity Holder | Address | % of Equity/ Membership Interest Held |
| --- | --- | --- | --- |
| United Road Towing, Inc. | URT Holdings, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| Arri Brothers, Inc. | URS West, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| Bill & Wag's, Inc. | URS West, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| City Towing, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| CSCBD, Inc. | Rancho Del Oro Companies, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| E&R Towing and Garage, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| Export Enterprises of Massachusetts, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| Fast Towing, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| Ken Lehman Enterprises, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| Keystone Towing, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| Mart-Caudle Corporation | URT Texas, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |

| Debtor | Equity Holder | Address | % of Equity/ Membership Interest Held |
|---|---|---|---|
| Pat's Towing, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| Rancho Del Oro Companies, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| Rapid Recovery, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| Ross Baker Towing, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| Signature Towing, Inc. | URT Texas, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| Sunrise Towing, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| United Road Towing of South Florida, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| United Road Towing Services, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| UR Vehicle Management Solutions, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| UR VMS, LLC | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| URS Leasing, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| URS Northeast, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| URS Southeast, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| URS Southwest, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| URS West, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| URT Texas, Inc. | United Road Towing, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |
| WHW Transport, Inc. | URT Texas, Inc. | 9550 Bormet Drive, Suite 301 Mokena, IL 60448 | 100% |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------

| | |
|---|---|
| **In re** : | Chapter 11 |
| : | |
| **UNITED ROAD TOWING, INC.** *et al.,* : | Case No. 17-_____ (____) |
| : | |
| **Debtors.**[1] : | Joint Administration Requested |
| : | |

-------------------------------------------------------

## <u>DECLARATION CONCERNING LIST OF EQUITY HOLDERS</u>

Pursuant to 28 U.S.C. § 1746, I, Michael J. Mahar, declare under penalty of perjury that I have reviewed the *List of Equity Holders* submitted herewith, pursuant to Rule 1007-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and that it is true and correct to the best of my knowledge, information and belief.

Dated: February __4__, 2017

                                           _____
                                           Michael J. Mahar
                                           Authorized Officer

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: United Road Towing, Inc. (6962); URT Holdings, Inc. (8341); City Towing, Inc. (2118); URS West, Inc. (3518); Bill & Wag's Towing (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289); URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E&R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises, Inc. (1970); United Road Towing of South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc. (9072); UR VMS LLC (4904); UR Vehicle Management Solutions, Inc. (0402).  The Debtors' mailing address is c/o United Road Towing, Inc., 9550 Bormet Drive., Suite 301, Mokena, Illinois 60448.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| **In re** | : | Chapter 11 |
|  | : |  |
| **UNITED ROAD TOWING, INC.** *et al.*, | : | Case No. 17-_____ (____) |
|  | : |  |
| **Debtors.**[1] | : | Joint Administration Requested |
|  | : |  |

---------------------------------------------------------------

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the above captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby state that the following entities directly or indirectly owns 10% or more of any class of each of the Debtors' interests as follows:

| Debtor | Shareholder | Percentage of Shares Held |
|---|---|---|
| URT Holdings, Inc. | Medley Capital Corporation | Class B Common Shares – 94.01% <br> Series A Preferred Shares – 94.01% <br> Series C Preferred Shares – 94.01% |
|  | Milestone Partners II, L.P. | Class A Common Shares – 53.40% <br> Series B Preferred Shares – 53.40% |
|  | Milestone Partners II, L.P. 2 | Class A Common Shares – 17.8% <br> Series B Preferred Shares – 17.8% |
| United Road Towing, Inc. | URT Holdings, Inc. | 100% |
| Arri Brothers, Inc. | URS West, Inc. | 100% |
| Bill & Wag's, Inc. | URS West, Inc. | 100% |
| City Towing, Inc. | United Road Towing, Inc. | 100% |
| CSCBD, Inc. | Rancho Del Oro Companies, Inc. | 100% |
| E&R Towing and Garage, Inc. | United Road Towing, Inc. | 100% |
| Export Enterprises of Massachusetts, Inc. | United Road Towing, Inc. | 100% |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: United Road Towing, Inc. (6962); URT Holdings, Inc. (8341); City Towing, Inc. (2118); URS West, Inc. (3518); Bill & Wag's Towing (3518); Export Enterprises of Massachusetts, Inc. (5689); Pat's Towing, Inc. (6964); Keystone Towing, Inc. (6356); Ross Baker Towing, Inc. (9742); URT Texas, Inc. (3716); Mart Caudle Corporation (1912); Signature Towing, Inc. (3054); WHW Transport, Inc. (3055); URS Southeast, Inc. (7289); URS Northeast, Inc. (7290); URS Southwest, Inc. (7284); Fast Towing, Inc. (5898); E&R Towing and Garage, Inc. (8500); Sunrise Towing, Inc. (7160); Ken Lehman Enterprises, Inc. (1970); United Road Towing of South Florida, Inc. (9186); Rapid Recovery Incorporated (1659); United Road Towing Services, Inc. (2206); Arri Brothers, Inc. (7962); Rancho Del Oro Companies, Inc. (3924); CSCBD, Inc. (2448); URS Leasing, Inc. (9072); UR VMS LLC (4904); UR Vehicle Management Solutions, Inc. (0402).  The Debtors' mailing address is c/o United Road Towing, Inc., 9550 Bormet Drive., Suite 301, Mokena, Illinois 60448.

| Debtor | Shareholder | Percentage of Shares Held |
|---|---|---|
| Fast Towing, Inc. | United Road Towing, Inc. | 100% |
| Ken Lehman Enterprises, Inc. | United Road Towing, Inc. | 100% |
| Keystone Towing, Inc. | United Road Towing, Inc. | 100% |
| Mart-Caudle Corporation | URT Texas, Inc. | 100% |
| Pat's Towing, Inc. | United Road Towing, Inc. | 100% |
| Rancho Del Oro Companies, Inc. | United Road Towing, Inc. | 100% |
| Rapid Recovery, Inc. | United Road Towing, Inc. | 100% |
| Ross Baker Towing, Inc. | United Road Towing, Inc. | 100% |
| Signature Towing, Inc. | URT Texas, Inc. | 100% |
| Sunrise Towing, Inc. | United Road Towing, Inc. | 100% |
| United Road Towing of South Florida, Inc. | United Road Towing, Inc. | 100% |
| United Road Towing Services, Inc. | United Road Towing, Inc. | 100% |
| UR Vehicle Management Solutions, Inc. | United Road Towing, Inc. | 100% |
| UR VMS, LLC | United Road Towing, Inc. | 100% |
| URS Leasing, Inc. | United Road Towing, Inc. | 100% |
| URS Northeast, Inc. | United Road Towing, Inc. | 100% |
| URS Southeast, Inc. | United Road Towing, Inc. | 100% |
| URS Southwest, Inc. | United Road Towing, Inc. | 100% |
| URS West, Inc. | United Road Towing, Inc. | 100% |
| URT Texas, Inc. | United Road Towing, Inc. | 100% |
| WHW Transport, Inc. | URT Texas, Inc. | 100% |

I, the undersigned authorized officer of each of the Debtors, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: February ___4___, 2017

_____
Michael J. Mahar
Authorized Officer