# CLAIMS SUMMARY

**Debtor Name: WHW Transport, Inc.**
**Case Number: 17-10261**

Pursuant to sections 1112(b) and 305(a) of the Bankruptcy Code, the Chapter 11 Case for the above listed Debtor was dismissed [Docket No. 426 filed on June 30, 2017]. As of such date, one Proof of Claim was filed against this specific Debtor.

## *Old Towing Company et al.*

## *Claims Summary*

| Class | Proof Of Claim Amount | Final Allowed Amount |
|---|---:|---:|
| **SECURED** | $2,101.47 | |
| Total | 2,101.47 | |

### Claims Counts

| Total Claims | 1 |
|---|---|

| Rust Consulting \| Omni Bankruptcy | Visit us on the Web at www.omnimgt.com | PHONE: (818) 906-8300 |
| 5955 De Soto Ave., Suite 100 | E-Mail: claimsmanager@omnimgt.com | FAX: (818) 704-0415 |
| Woodland Hills, CA 91367 | | |

| | | | |
|---|---|---|---|
| **DALLAS COUNTY** | **Clm No : 1** | **Filed In Cases:** | 261 |
| C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: ELIZABETH WELLER | | | |
| 2777 N. STEMMONS FREEWAY, STE 1000 | SEC | $2,101.47 | |
| DALLAS, TX 75207 | | | |
| | | **$2,101.47** | |

Date Filed        17-Feb-2017
Bar Date
Claim Face Value:    $2,101.47

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300